# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 21-948

**Motion for:** Joint Motion to Extend Abeyance

**Caption [use short title]**

Set forth below precise, complete statement of relief sought:

The parties jointly request to extend the stay of the appeal to June 8, 2022, to allow the parties to continue settlement discussions.

Holick v. Cellular Sales of New York, LLC

**MOVING PARTY:** Cellular Sales of New York, LLC
**OPPOSING PARTY:** (Joint Motion) Holick

☐ Plaintiff  ☑ Defendant
☐ Appellant/Petitioner  ☑ Appellee/Respondent

**MOVING ATTORNEY:** C. Larry Carbo, III
**OPPOSING ATTORNEY:** Ronald G. Dunn

[name of attorney, with firm, address, phone number and e-mail]

Chamberlain Hrdlicka White Williams & Aughtry PC
1200 Smith Street, Suite 1400, Houston, TX 77002
(713) 658-1818; larry.carbo@chamberlainlaw.com

Gleason, Dunn, Walsh & O'Shea
40 Beaver Street, Albany, NY 12207
(518) 432-7511; rdunn@gdwo.net

**Court- Judge/ Agency appealed from:** NDNY - Honorable Norman A. Mordue

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☑ Yes  ☐ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☑ Yes  ☐ No  If yes, enter date: 4/25/2022

**Signature of Moving Attorney:**
C. Larry Carbo, III  **Date:** 5/25/2022  **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# 21-948

# United States Court of Appeals for the Second Circuit

Jan P. Holick, Jr., Steven Moffitt, Justin Moffitt,
Gurwinder Singh, Jason Mack, Timothy M. Pratt, William Burrell,
on behalf of themselves and all others similarly situated,

*Plaintiffs-Appellees,*

v.

Cellular Sales of New York, LLC and Cellular Sales of Knoxville, Inc.,

*Defendants-Appellants.*

*On Appeal from the United States District Court for the
Northern District of New York*

## JOINT MOTION TO EXTEND ABEYANCE

Defendants-Appellants Cellular Sales of Knoxville, Inc. and Cellular Sales of New York, LLC (collectively, "Cellular Sales") and Plaintiffs-Appellees Jan P. Holick, Jr., Steven Moffitt, Justin Moffitt, Gurwinder Singh, Jason Mack, Timothy M. Pratt, and William Burrell (collectively, "Plaintiffs") jointly and respectfully move the Court to continue to hold this appeal in abeyance for two weeks to allow

additional time for settlement discussions. Plaintiffs and Cellular Sales are collectively referred to herein as the "Parties." In support of this joint request, the Parties respectfully show the Court as follows:

1. On May 3, 2022, the Court referred this appeal to CAMP and ordered that this matter be held in abeyance for three weeks. (*See* Doc. 82).

2. On May 18, 2022, the Parties attended a telephonic mediation with the Chief Circuit Mediator. Although the Parties did not reach a settlement during the mediation, the Parties have continued to engage in settlement discussions.

3. Accordingly, the Parties request that the Court continue to hold the appeal in abeyance, and not issue any decision in the case, for an additional two weeks, until June 8, 2022, to allow additional time for settlement discussions.

## **CONCLUSION**

For the foregoing reasons, the Parties respectfully request that the Court continue to hold this matter in abeyance until June 8, 2022.

Respectfully Submitted by:

| | |
|---|---|
| **GLEASON, DUNN, WALSH & O'SHEA** | **CHAMBERLAIN, HRDLICKA, WHITE WILLIAMS & AUGHTRY** |
| By: */s/ Ronald G. Dunn* <br> Ronald G. Dunn, Esq. <br> (Bar Roll No. 101553) <br> rdunn@gdwo.net <br> 40 Beaver Street <br> Albany, New York  12207 <br> (518) 432-7511 <br> (518) 432-5221 (fax) <br><br> **Attorneys for Plaintiffs-Appellees** | By: */s/ C. Larry Carbo, III* <br> C. Larry Carbo, III <br> Texas State Bar No. 24031916 <br> larry.carbo@chamberlainlaw.com <br> Julie R. Offerman <br> Texas State Bar No. 24070360 <br> julie.offerman@chamberlainlaw.com <br> 1200 Smith Street, Suite 1400 <br> Houston, Texas  77002 <br> Phone: (713) 658-1818 <br> Fax: (713) 658-2553 <br><br> **Attorneys for Defendants-Appellants** |

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2022, I electronically filed the foregoing document with the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system, and that all the parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

Dated:  May 25, 2022       */s/ C. Larry Carbo, III*
                                                  C. LARRY CARBO, III